**[6NOT03]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                              Case No. 6:05−bk−11015−KSJ
                                                                    Chapter 13

Raven LaToya Walker
4918 Vista Lago Dr
Orlando, FL 32811

　　　　　Debtor(s)　　　　/

NOTICE OF CLAIM FILED BY DEBTORS

TO: Ed Funds

   Pursuant to Fed. R. Bankr. P. 3004, if a creditor fails to file a proof of claim on or before the last day for filing claims, the debtor or trustee may do so in the name of the creditor. In this case, the last day for filing claims is January 18, 2006 . For governmental units, the last day for filing claims is 180 days from September 21, 2005.

NOTICE is hereby given that the debtors filed a claim on your behalf in the above−captioned matter on March 8, 2006 , in the amount of $16685.94 (Claim No. 11 ).

       DATED on March 9, 2006

                            BY THE COURT
                            Clerk of Court
                            135 West Central Boulevard Suite 950
                            Orlando, FL 32801